PS 8
(8/88)

# United States District Court
for

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 JAN 18 AM 9:46

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PPL   DEPUTY

U. S. A. vs. REED, MARK COROADO            Docket No. 06CR0117WQH-005

### Petition for Action on Conditions of Pretrial Release

Comes now Carlos Gutierrez Pretrial Services Officer presenting an official report upon the conduct of defendant Mark Coroado Reed who was placed under pretrial release supervision by the Honorable Barbara L. Major sitting in the court at San Diego, on the 24th day of March, 2006, under the following conditions:

**General Conditions**: not commit a local, state, or federal offense while out on bond; and make all court appearances.

**Special Conditions**: restrict travel to Southern District of California; Eastern District of Michigan, travel between the districts; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; and actively seek and maintain full-time employment, schooling, or combination both.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Condition Violated**: not commit a local, state, or federal offense while out on bond.

1) On January 11, 2007, the defendant eluded police as evidenced by Detroit Police Department incident report #0701110052.

**Grounds for Violation**: On January 16, 2007, the undersigned received a copy of incident report # 0701110052. My review of the report notes on January 11, 2007, at 2:30 a.m., police officer Lewis observed the defendant disregard a stop sign while traveling South bound on Saftsbury. Officer Lewis turned South bound behind the offender to attempt a traffic stop. The defendant began accelerating, disregarding all traffic signs through the residential area. Officer Lewis activated his lights and siren and continued to follow the defendant. The defendant continued to elude by turning West bound on Florence continuing to Huntington and turning South bound. Officer Lewis continued to follow the defendant with lights and siren activated while the offender continued to drive at a high rate of speed. The defendant was observed pulling to the rear of 16524 Edinborough where he was taken into custody by officer Lewis and his partners. Upon an inventory search of the defendant's vehicle, officer Lewis located a small black bag unzipped in the rear seat of the defendant's vehicle. The black bag contained U.S. currency totaling $20,160. Officer Lewis took possession of the bag and transported the defendant to the district for processing. On January 13, 2007, the defendant posted bond and his next court hearing is set for January 24, 2007, for a preliminary examination.

REED, MARK COROADO
DKT#06CR0117WQH-005
PAGE 2

PRAYING THAT THE COURT WILL ORDER A NO-BAIL WARRANT FOR THE DEFENDANT'S ARREST SO THAT HE MAY BE BROUGHT BEFORE THE COURT AND SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED.

| ORDER OF COURT | |
|---|---|
| Considered and ordered this 17 day of January, 2007 and ordered filed and made a part of the records in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| William Q. Hayes, U. S. District Judge | Executed on: 1/17/07 |
| | Respectfully, |
| | Carlos Gutierrez, U.S. Pretrial Services Officer |
| | Place   El Centro, California |
| | Date    January 17, 2007 |